The QUIGLEY CORPORATION, Plaintiff–Respondent,

v.

GUMTECH INTERNATIONAL, INC., Gel–Tech Industries, Inc., and Gel Tech, L.L.C., Defendant–Petitioner.

No. 619.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2001.

## ORDER

Upon consideration of the unopposed motion to remand,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) The motion for reconsideration is moot.